IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Case No. 09-cv-01401-PAB-MEH

DIANE K. FIELDS,
RONALD KELLY, and
RONDA WHITE,

    Plaintiffs,

v.

DEPARTMENT OF THE TREASURY,
UNITED STATES MINT,

    Defendant.
_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Notice of Voluntary Dismissal With Prejudice as to Plaintiff Diane K. Fields [Docket No. 10].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter by plaintiff Diane Fields are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED September 24, 2009.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge