IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY

| | |
|---|---|
| Civil Action No. 09-cv-01401-PAB-MEH | Date:   October 7, 2009 |
| Courtroom Deputy:  Cathy Coomes | **FTR – Courtroom C203** |

RONALD KELLY and                                                              Marisa L. Williams
RONDA WHITE,

      Plaintiffs,

v.

DEPARTMENT OF TREASURY,                                              Jamie L. Mendelson
United States Mint,

      Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**SCHEDULING CONFERENCE**

**Court in session:**     9:30 a.m.

Court calls case.  Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

Discussion and argument regarding Defendant's Motion to Stay Discovery  (Doc. #11, filed 9/24/09) pending a decision on the Motion to Dismiss.

**ORDERED:**  For reasons stated on the record, Defendant's Motion to Stay Discovery (Doc. #11, filed 9/24/09) is GRANTED in part and DENIED in part.  The Court will proceed with setting deadlines and will enter a Scheduling Order.

**Joinder of Parties/Amendment of Pleadings:**      December 15, 2009

**Discovery Cut off:**    May 7, 2010

**Dispositive Motions:**         June 7, 2010

**Initial Rule 26(a)(2) Disclosures:**    March 1, 2010
**Rebuttal Rule 26(a)(2) Disclosures:**         April 1, 2010

**Final Pretrial Conference:**   **August 9, 2010, at 9:30 a.m.**  In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **five (5) days prior to the conference.**

**Settlement Conference:**   **November 12, 2009, at 9:00 a.m.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.  In exceptional circumstances only, the appearance of the insurance representative by telephone may be approved in advance of the conference. Any party seeking such relief should file the appropriate motion with the Court.  Each party shall submit a Confidential Settlement Statement to Magistrate Judge Hegarty **on or before November 5, 2009,** outlining the facts and issues in the case and the party's settlement position.  In addition, each party shall disclose what it is willing to offer or accept in settlement.

Discussion regarding Plaintiff's request for an extension of time to respond to Defendant's Motion to Dismiss.  Ms. Mendelson has no objection to an extension.

Discussion regarding Ms. Mendelson's objections to Ms. Williams' proposed methods of taking deposition.

**Court in recess:**        9:49 a.m. (Hearing concluded)
**Total time in Court:** 0:19